# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 27, 2024

## NO. 03-22-00735-CV

**Cottonwood Development Corporation, Appellant**

**v.**

**Preston Hollow Capital, LLC; PHCC LLC; and Winstead, P.C., Appellees**

## APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the Final Judgment and Order of Foreclosure signed by the trial court on November 9, 2022, and from the following orders:

(1) Order denying Cottonwood's Plea in Bar on Basis of Res Judicata and Motion for Summary Judgment;

(2) Order granting Preston Hollow Capital LLC's Amended Motion for Summary Judgment;

(3) Order denying Cottonwood Development Corporation's Motion to Reconsider Summary Judgment Order Granting Summary Judgment to Preston Hollow Capital on the Basis of Res Judicata;

(4) Order granting Preston Hollow Capital, LLC and PHCC LLC's Motion for Summary Judgment;

(5) Order granting Winstead PC's Motion for Summary Judgment;

(6) Order denying Cottonwood Development Corporation's Motion for Temporary and Permanent Injunction Suspending the Judgment by Operation of Law and Preventing Issuance of Order of Sale by the District Clerk; and

(7) Order denying Cottonwood Development Corporation's Motion to Set Aside Deeds of Trust Validated Within the Court's Judgment to Permit the Sale of Property and to Place Net Proceeds in the Court's Registry in Sufficient Amounts to Satisfy Judgment in the Event of a Final Judgment in Favor of Preston Hollow.

Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment or in the orders enumerated above. Therefore, the Court affirms the trial court's Final Judgment and Order of Foreclosure and the orders enumerated above. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.